```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 13902
   G JEAN FAISON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7025


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/02/2007 and was not confirmed.

     The case was dismissed without confirmation 02/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              150.00          .00          150.00
ARONSON FURNITURE          UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO DEPT OF    SECURED              715.00          .00          375.00
COUNTRYWIDE HOME LOANS     CURRENT MORTG          .00           .00             .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    27182.30            .00             .00
ROBERT J ADAMS & ASSOC     PRIORITY        NOT FILED            .00             .00
ADT SECURITY SERVICES      UNSECURED       NOT FILED            .00             .00
BAKER MILLER MARKOFF & K   UNSECURED       NOT FILED            .00             .00
CAPITAL ONE                UNSECURED       NOT FILED            .00             .00
CHECK N GO                 UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED         2365.00            .00             .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00             .00
COOK COUNTY TREASURER      UNSECURED       NOT FILED            .00             .00
CORPORATE AMERICAN FAMIL   UNSECURED         1335.01            .00             .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED            .00             .00
US DEPT OF EDUCATION       UNSECURED        13987.28            .00             .00
DIRECT TV                  UNSECURED       NOT FILED            .00             .00
GULF CST COL               UNSECURED       NOT FILED            .00             .00
H&F LAW                    UNSECURED       NOT FILED            .00             .00
IRA T NEVEL                UNSECURED       NOT FILED            .00             .00
LITTON LOAN SERVICING      NOTICE ONLY     NOT FILED            .00             .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED            .00             .00
RIVER AUTO GROUP LTD       UNSECURED       NOT FILED            .00             .00
REVENUE PRODUCTION MGT     UNSECURED       NOT FILED            .00             .00
UNIFUND CCR PARTNERS       UNSECURED       NOT FILED            .00             .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00             .00
TOCCARA FAISON             NOTICE ONLY     NOT FILED            .00             .00
COOK COUNTY TREASURER      SECURED            461.99            .00           75.00
PORTFOLIO RECOVERY ASSOC   UNSECURED          512.34            .00             .00
LITTON LOAN SERVICING      CURRENT MORTG          .00           .00             .00
LITTON LOAN SERVICING      SECURED NOT I   26197.80             .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          532.78            .00             .00
ROBERT J ADAMS & ASSOC     DEBTOR ATTY            .00                           .00
TOM VAUGHN                 TRUSTEE                                            42.24
DEBTOR REFUND              REFUND                                          4,024.27

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 13902 G JEAN FAISON
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 4,666.51

PRIORITY                                              .00
SECURED                                            600.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                42.24
DEBTOR REFUND                                    4,024.27
                        ---------------        ---------------
TOTALS                  4,666.51                 4,666.51
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 05/23/08                  /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 07 B 13902 G JEAN FAISON